IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| WILLIAM McKNIGHT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:22-cv-00037-M-BP |
| § | |
| DAVID DUKE, Sheriff, § | |
| Wichita County, Texas, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this 7th day of July, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE